# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| AMERICAN HEALTH CARE ASSOCIATION, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SYLVIA MATHEWS BURWELL, Secretary of Health and Human Services, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 3:16-cv-00233-MPM-RP |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the defendants, Sylvia Mathews Burwell, in her official capacity as Secretary of Health and Human Services, and Andrew M. Slavitt, in his official capacity as Acting Administrator of the Centers for Medicare & Medicaid Services, hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's Order of November 7, 2016 (Docket No. 44), which granted the plaintiffs' motion for a preliminary injunction.

Dated:  January 5, 2017

    Respectfully submitted,

    BENJAMIN C. MIZER
    Principal Deputy Assistant Attorney General

    FELICIA C. ADAMS
    United States Attorney

    SHEILA LIEBER
    Deputy Branch Director

    JOEL McELVAIN
    Assistant Branch Director

/s/ W. Scott Simpson
_____

W. SCOTT SIMPSON
Senior Trial Counsel

Attorneys, Department of Justice
Federal Programs Branch, Room 7210
Post Office Box 883
Washington, D.C. 20044
Telephone: (202) 514-3495
Facsimile: (202) 616-8470
E-mail: scott.simpson@usdoj.gov

COUNSEL FOR DEFENDANTS

CERTIFICATE OF SERVICE

I, W. Scott Simpson, Senior Trial Counsel, Department of Justice, hereby certify that I have electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

    Oliver E. Diaz , Jr
    oliver@oliverdiazlaw.com

    Deepak Gupta
    deepak@guptawessler.com,dguptad@gmail.com

    John L. Maxey , II
    john@maxeywann.com,lela@maxeywann.com

    Joel McElvain
    Joel.McElvain@usdoj.gov

    Archis A. Parasharami
    aparasharami@mayerbrown.com,wdc.docket@mayerbrown.com

    Andrew J. Pincus
    apincus@mayerbrown.com,wdc.docket@mayerbrown.com

    Marjorie Selby Self
    marge@maxeywann.com,bertrell@maxeywann.com

    Lucien Smith
    lsmith@balch.com,ccabrera@balch.com

        Steven Mark Wann
        mark@maxeywann.com,bertrell@maxeywann.com

     I also certify that I have sent the foregoing document to the following non-ECF participants by United States Postal Service:

        Kevin S. Ranlett
        MAYER BROWN LLP
        1999 K St NW
        Washington, DC 20006

        Matthew Wessler
        GUPTA WESSLER PLLC
        1735 20th Street NW
        Washington, DC 20009

Dated:  January 5, 2017

                                            /s/ W. Scott Simpson
                                            _____
                                            W. SCOTT SIMPSON