IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| AMERICAN HEALTH CARE ASSOCIATION; MISSISSIPPI HEALTH CARE ASSOCIATION; GREAT OAKS REHABILITATION AND HEALTHCARE CENTER; COMMUNITY CARE OF VICKSBURG, L.L.C., doing business as Heritage House Nursing Center; MANSFIELD LONG TERM CARE, L.L.C., doing business as The Pavilion at Creekwood, <br><br>                Plaintiffs-Appellees, <br><br> v. <br><br> THOMAS PRICE, SECRETARY U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ANDREW M. SLAVITT, In his official capacity as Acting Administrator of the Centers for Medicare and Medicaid Services, <br><br>                Defendants-Appellants. | No. 17-60005 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

The government respectfully requests a 60-day extension of time, to and including May 5, 2017, to file its opening brief. Counsel for plaintiffs have authorized us to represent that this motion is unopposed.

1. This case involves a challenge to a regulation issued by the Department of Health and Human Services that prohibits long-term care facilities (commonly known as nursing homes) that participate in Medicare or Medicaid from entering into predispute agreements for binding arbitration. On November 7, 2016, the district court issued a preliminary injunction against the rule.

2. The government filed a notice of appeal on January 5, 2017. The government's opening brief is currently due on March 6, 2017. The government has not previously sought an extension of this time limit.

3. We respectfully request a 60-day extension of time, to and including May 5, 2017, to file the government's opening brief in this case. The extension is necessary to allow incoming leadership personnel adequate time to consider the issues. Counsel for plaintiffs has authorized us to represent that this motion is unopposed.

Respectfully submitted,

MARK B. STERN

*s/ Daniel Tenny*
DANIEL TENNY
(202) 514-1838
   *Attorneys, Appellate Staff*
   *Civil Division*
   *U.S. Department of Justice*
   *950 Pennsylvania Ave., N.W.*
   *Room 7215*
   *Washington, D.C. 20530*

FEBRUARY 2017

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2017, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*s/ Daniel Tenny*
Daniel Tenny