# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 01, 2017

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-60005   American Health Care Assn, et al v. Thomas Price, et al
                          USDC No. 3:16-CV-233

The court has granted an extension of time to and including May 5, 2017 for filing appellants' brief in this case.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Allison G. Lopez, Deputy Clerk
                                 504-310-7702

Mr. David Crews
Mr. Travis Crum
Mr. Archis Ashok Parasharami
Mr. Andrew John Pincus
Mr. Kevin Scott Ranlett
Mr. Daniel Bentele Hahs Tenny